Paul Behrend   SBN 235497
235 Montgomery Street, Suite 970
San Francisco, CA 94104
(415) 6939811

ATTORNEY FOR DEFENDANT
SMADAR LAVIE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE JOHN STEWART COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SMADAR LAVIE, and DOES 1-20 Inclusive<br><br>Defendants. | Case No.   3:17-cv-06302-LB<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant SMADAR LAVIE hereby makes the following substitution:

Former legal representative: Smadar Lavie, in pro per

New legal representative: Paul Behrend, SBN 235497, 235 Montgomery Street, Suite 970

San Francisco, CA 9410.   Telephone : (415) 693-9811

Date: November 11, 2017

I consent to this substitution: _____
Smadar Lavie

Date: November 11, 2017

I consent to this substitution: _____
Paul Behrend

1