MERCEDES A. GAVIN SBN164575
145 Corte Madera Town Center, #593
Corte Madera, CA 94925
Telephone: (415) 497-1493

Attorney for Plaintiff
The John Stewart Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The John Stewart Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Smadar Lavie et. al.,<br><br>　　　　Defendants. | Case No.: 3:17-CV-06301-LB<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Mercedes Gavin has been retained by The John Stewart Company to represent it in this action.

This Notice of Appearance is for the purposes of identification of counsel and preparation of a service list only, and is without prejudice to any challenge by Plaintiff to the

Notice of Appearance

1

jurisdiction of the Court substantive or procedural challenges to Defendant removing the state unlawful detainer action to federal court.

Dated: November 15, 2017       LAW OFFICES OF MERCEDES A. GAVIN

*M G*

Mercedes Gavin Esq.
Attorney for Plaintiff The John Stewart Company